

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

December 20, 2013

**BY HAND DELIVERY**
Honorable Lisa Margaret Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

 Re: <u>United States v. Ricky Patrick Hester</u>, 13 Mag. 2925

Dear Judge Smith:

 The Government respectfully requests, on behalf of the parties, that the complaint filed on December 19, 2013, in the above-referenced case be sealed, and the enclosed complaint be filed for the public record. The only difference is that a street address and phone number are redacted in paragraph 8 of the complaint. *See* Fed. R. Crim. P. 49.1. The reason for this application is that we have learned there have been hostile communications made toward residents at the address we seek to redact.

 Thank you for your consideration of this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Daniel P. Filor*

DANIEL P. FILOR
Assistant United States Attorney
Telephone: (914) 993-1912
Facsimile: (914) 993-1980

*Deemed letter motion. Motion granted. SO ORDERED.*
*Lisa Margaret Smith*
*USMJ   12/20/13*